UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESLIE GUYNN, | Civil No. C08-5690JKA |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the Defendant's motion, it is hereby ORDERED that Defendant's request for an Extension of Time to file an Answer to the Complaint is granted. Defendant shall file an Answer on or before March 6, 2009.

DATED this 6th day of February, 2009.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Page 1     ORDER - [3:08-CV-5690-JKA]

1 | Presented by:
2 | s/ STEPHANIE R. MARTZ    WSB # 28636
3 | Special Assistant U.S. Attorney
Office of the General Counsel
4 | 701 Fifth Ave, Ste 2900
5 | Seattle, WA 98104
Phone: (206) 615-2272
6 | Fax: (206)615-2531
stephanie.martz@ssa.gov