# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LESLIE GUYNN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ASTRUE, Commissioner of Social Security, <br><br> Defendant. | CASE NO. C08-5690RBL <br><br> ORDER |

After reviewing the agreed motion to extend the court's briefing schedule (Doc. 21), the court hereby directs counsel to conform to the following new briefing schedule:

Defendant shall have up to and including June 15, 2009, to file Defendant's responsive brief; and Plaintiff shall have up to and including June 29, 2009, to file an optional reply brief. Any request for oral argument to be submitted by letter received by the court on or before June 29, 2009.

DATED this 11th day of May, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1