UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LESLIE GUYNN,

        Plaintiff,

v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

        Defendant.

CASE NO. C08-5690-RBL-JRC

ORDER FOR REMAND

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Appeals Council shall remand this matter for further proceedings limited to consideration of Plaintiff's eligibility for disability benefits for the period prior to march 1, 2006. Upon remand, the Administrative Law Judge ("ALJ") shall (1) reconsider all of the medical evidence, including the medical source opinions of Drs. Regets, Meggert, Neims, and Slater; (2) reassess Plaintiff's mental and cognitive impairments at step two; (3) address Listing 12.05C; (4) reassess the

ORDER - 1

claimant's residual functional capacity, specifically accounting for any limitations caused by Plaintiff's impairments, including substance abuse, (5) consider the effect of the residual functional capacity and step four finding from the Commissioner's prior decision dated February 8, 1999, pursuant to AR 97-4(9); and (6) reconsider Plaintiff's ability to work at steps four and five, as necessary.  If the ALJ finds that Plaintiff is disabled when considering the effects of her substance abuse, then the ALJ shall conduct a proper materiality analysis.  As the Appeals Council previously remanded this matter, it shall be reassigned to a new ALJ upon remand.

DATED this _____ day of June, 2009.

_____
THE HONORABLE RONALD B. LEIGHTON

Recommended for Entry:

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge