# United States District Court

WESTERN DISTRICT OF WASHINGTON

LESLIE GUYNN

        v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5690RBL-JRC

  __ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  _X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Commissioner's decision in regard to Plaintiff's application for disability benefits under Title II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    June 23, 2009                                                        BRUCE RIFKIN
                                                                                                                  Clerk

                                                                                                       */s/ Jennie L. Patton*
                                                                                                          Deputy Clerk