U.S. DISTRICT COURT JUDGE RONALD B. LEIGHTON
U.S. DISTRICT COURT MAGISTRATE JUDGE J. RICHARD CREATURA

08-CV-05690-ORD

FILED _____ LODGED
_____ RECEIVED

OCT 12 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

LESLIE GUYNN,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration,

        Defendant.

Civ. No. C08-5690RBL-JRC

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that Plaintiff's attorney, Stephen Maddox, is awarded attorney fees of $10,225.75 pursuant to 42 U.S.C. § 406(b).

DATED this 8th day of October, 2010.

_____
RONALD B. LEIGHTON
U.S. District Court Judge

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
Page 1 of 2
[C08-5690RBL-JRC]

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA 98501
360.786.8276
FAX: 360.534.9516