# United States District Court

WESTERN DISTRICT OF WASHINGTON

LESLIE GUYNN,

       v.

MICHAEL J. ASTRUE,

**JUDGMENT IN A CIVIL CASE**

CASE NO. C08-5690 RBL-JRC

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's attorney, Stephen Maddox, is awarded attorney fees of $10,225.75 pursuant to 42 U.S.C. § 406(b).

| October 15, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                    *s / Mary Trent*
                                                    Deputy Clerk